UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALPHONSO WHIPPER | : | CIVIL NO. 3:21-CV-01157 (JAM) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| JANE ANGELL | : | APRIL 7, 2022 |
| *Defendant.* | | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Now comes the defendant, CO Angell, who respectfully reports that her Initial Disclosures to the plaintiff, Alphonso Whipper, are being mailed to the plaintiff on this date.

>DEFENDANT,
>C/O ANGELL
>
>WILLIAM TONG
>ATTORNEY GENERAL
>
>BY:  /s/  Frank J. Garofalo III
>Frank J. Garofalo III
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT  06105
>Federal Bar #ct30938
>Tel.:  (860) 808-5450
>Fax:  (860) 808-5591
>Email: frank.garofalo@ct.gov

## **CERTIFICATION**

I hereby certify that on April 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to the following:

Alphonso Whipper #245195
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

/s/ Frank J. Garofalo III
Frank J. Garofalo III
Assistant Attorney General